JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES CAFFARO, | Case No. CV 13-7156 FMO (SSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 29th day of December, 2014.

/s/
Fernando M. Olguin
United States District Judge